UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 18-10131-CIV-MARTINEZ-OTAZO-REYES

DONALD PEREAU,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's counsel's Unopposed Request for Authorization to Charge a Reasonable Fee (the "Motion"). (ECF No. 32). Judge Otazo-Reyes filed an R&R, recommending that the Motion be granted, and that Mr. Richard A. Culbertson be awarded $15,000.00 in attorney's fees pursuant to 42 U.S.C. § 406(b)(1). (ECF No. 34 at 4). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Otazo-Reyes's R&R, (ECF No. 34), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Mr. Culbertson's Motion, (ECF No. 32), is **GRANTED** as set forth in the R&R.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of May, 2023.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record